Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755



FILED
JUL 11 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

To:      CLERK, U.S. BANKRUPTCY COURT

Re:      UNDISTRIBUTED FUNDS

Debtors: CARLOS ALFREDO CUATRO & CONCEPCION JOVEL
         6654 CAPPS AVE
         RESEDA, CA 91355

Case No.: SV09-19106-AA

Explanation of Source:   Transmitted herewith for deposit into the Court registry is the check identified below.  The check was not deliverable at the address in the Trustee's file.  The Trustee, after due diligence, has not been able to locate the payee.  Consequently, this check represents undistributed funds in the above referenced matter.

| Payee: | Amount: |
|---|---|
| CARLOS ALFREDO CUATRO<br>CONCEPCION JOVEL<br>6654 CAPPS AVE.<br>RESEDA, CA 91355 | $ 8.81 |

Dated:  July 08, 2011

_Elizabeth J Rojas_
Elizabeth Rojas, TRUSTEE

ELIZABETH F. ROJAS  
CHAPTER 13 TRUSTEE  
15060 VENTURA BLVD.  
SUITE 240  
SHERMAN OAKS, CA 91403

Check No.: 0833895  
Check Date: 07/06/2011  
Check Amt: 8.81

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 0919106 | Claim #: 00000 | CARLOS ALFREDO CUATRO CONCEPCION JOVEL | | 0.00 | 0.00 | 8.81 | 8.81 |
| | | TOTALS | | 0.00 | 0.00 | 8.81 | 8.81 |

---

**THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK**

ELIZABETH F. ROJAS  
CHAPTER 13 TRUSTEE  
15060 VENTURA BLVD.  
SUITE 240  
SHERMAN OAKS, CA 91403

1ST ENTERPRISE BANK  
818 W. Seventh Street, Suite 220  
Los Angeles, CA 90017

16-4430/1220

CHECK DATE: Jul 06, 2011  
CHECK NO.: 0833895  
CHECK AMOUNT: $**********8.81  
VOID AFTER 60 DAYS

CUATRO, CARLOS ALFREDO

Case No: 0919106

PAY ONLY **8.81** EIGHT PERIOD EIGHT ONE

PAY TO THE ORDER OF   CLK US BANKRUPTCY CT

VOID OVER $8.81

*Elizabeth F Rojas* (signature)

THIS DOCUMENT IS ALTERATION PROTECTED AND REFLECTS FLUORESCENT FIBERS UNDER UV LIGHT

⑉0833895⑉ ⑆122044300⑆ 001⑉111690⑉